No. 293. STANLEY *v.* GEORGIA. Appeal from Sup. Ct. Ga. Probable jurisdiction noted. *Wesley R. Asinof* for appellant. *Lewis R. Slaton, J. Walter LeCraw,* and *J. Robert Sparks* for appellee. 

No. 269. GUNN, SHERIFF, ET AL. *v.* UNIVERSITY COMMITTEE TO END THE WAR IN VIET NAM ET AL. Appeal from D. C. W. D. Tex. Probable jurisdiction noted. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Hawthorne Phillips* and *Howard M. Fender,* Assistant Attorneys General, for appellants. *Sam Houston Clinton, Jr.,* for appellees. .

No. 238. WELLS *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted. Case set for oral argument to follow Nos. 30 and 31 [390 U. S. 939, October Term, 1967, Nos. 1116 and 1117]. *Robert B. McKay* for appellant. *Louis J. Lefkowitz,* Attorney General of New York, pro se, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *George D. Zuckerman,* Assistant Attorney General, for appellees. .

No. 156. KRAMER *v.* CARIBBEAN MILLS, INC. C. A. 5th Cir. Certiorari granted. *Eugene Gressman* for petitioner. *Morris Harrell* for respondent.